**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD ARMSTRONG,

    Petitioner,

v.

BOARD OF PAROLE HEARINGS,

    Respondent.

No. C 06-6854 SI (pr)

**ORDER FOR AMENDMENT**

    Howard Armstrong, an inmate at the Correctional Training Facility in Soledad, filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition is before the court for review pursuant to 28 U.S.C. §2243 and Rule 4 of the Rules Governing Section 2254 Cases. The court will require an amendment to the petition to substitute in a proper respondent.

    The respondent in a habeas action is "the state officer having custody of the applicant" if the applicant is in custody. Rule 2 of the Rules Governing Section 2254 Cases. "The proper person to be served in the usual case is either the warden of the institution in which the petitioner is incarcerated . . . or the chief officer in charge of state penal institutions." Rule 2, advisory committee's notes. Cf. Rumsfeld v. Padilla, 542 U.S. 426 (2004). Failure to name a petitioner's custodian as a respondent deprives the federal court of personal jurisdiction. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

1    Petitioner named the Board of Parole Hearings ("BPH") as the respondent, but there is
2 no indication that the BPH has custody of him.  The fact that the BPH made the decision that
3 allegedly causes petitioner's unlawful detention does not make the BPH his custodian.  The
4 warden has custody of petitioner and is the proper respondent in a challenge to a parole denial
5 just as the warden is the proper respondent in a challenge to a conviction, even though he or she
6 may not have been involved in either decision.

7    Petitioner must file an amendment to his petition for writ of habeas corpus to name the
8 proper respondent.  The document should have the case name and complete case number used
9 on this order, should be labeled "Amendment To Petition," and need merely state "Petitioner
10 files this amendment to his petition for writ of habeas corpus to substitute [insert name here] as
11 the respondent in this action." In the place indicated, petitioner should provide the name of the
12 warden of his prison.  Petitioner must sign and file his amendment no later than **January 26,**
13 **2007**.  Failure to file the amendment by the deadline will result in the dismissal of this action for
14 lack of jurisdiction.

15    IT IS SO ORDERED.
16 DATED:  December 21, 2006 _____
                                              SUSAN ILLSTON
17                                            United States District Judge

2