UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD ARMSTRONG,

    Plaintiff,

v.

BOARD OF PAROLE HEARINGS et al,

    Defendant.
                              /

Case Number: CV06-06854 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Armstrong D-92723
Corr Training Facility
P.O. Box 689, (YW-222L)
Soledad, CA 93960-0689

Dated: March 12, 2010

Richard W. Wieking, Clerk
By: Tracy Fprakis, Deputy Clerk