UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD ARMSTRONG,

         Petitioner,

   v.

BEN CURRY, warden,

         Respondent.

_____/

No. C 06-6854 SI (pr)

**JUDGMENT**

    The petition for writ of habeas corpus is denied on the merits.

    IT IS SO ORDERED AND ADJUDGED.

DATED: March 10, 2010

                                 _____
                                  SUSAN ILLSTON
                         United States District Judge